# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128672

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                                  SC: 128672
                                                  COA: 258799

MANUEL VICTOR GONZALES,
      Defendant-Appellant.
                                                  Saginaw CC: 01-020393-FC

_____/

      On order of the Court, the application for leave to appeal the April 6, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2005

                                                Clerk

p1121